**Felicia PFOUTS, Plaintiff–Appellant,**

v.

**NORTH CAROLINA CENTRAL UNIVERSITY, Defendant–Appellee.**

No. 03–1520.

United States Court of Appeals, Fourth Circuit.

Submitted July 10, 2003.

Decided July 15, 2003.

Felicia Pfouts, Appellant Pro Se. Celia Grasty Lata, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Felicia Pfouts appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Pfouts v. North Carolina Central Univ.*, No. 02CV00016, 2003 WL 1562412 (M.D.N.C. Mar. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*